REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

FILED

13 JUL 24 PM 5: 56

| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| --- | --- | --- |
| | ) | |
| v. | ) | Cause No. 1:13-CR-58 |
| | ) | Violation: 29 U.S.C. § 501(c) |
| J.D. RICHEY | ) | |

**THE GRAND JURY CHARGES:**

On or about September 2, 2010, in the Northern District of Indiana,

J.D. RICHEY,

defendant herein, while an officer of and while employed directly and indirectly by a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use of the moneys, funds, property and other assets of said labor organization;

All in violation of 29 U.S.C. § 501(c).

A TRUE BILL

/s/ Foreperson
Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

/s/ Lovita Morris King
By:  Lovita Morris King
     Assistant United States Attorney
     E. Ross Adair Federal Bldg. & U.S. Courthouse
     1300 S. Harrison Street, Room 3128
     Fort Wayne, IN 46802-3489
     Telephone: (260) 422-2595
     Facsimile:  (260) 426-1616
     E-mail Address: lovita.morris.king@usdoj.gov